UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| DAVID ALONZO LOPEZ-ALVARENGA, | Case No. 23-cv-03556-LB |
|---|---|
| Petitioner, | |
| v. | **ORDER OF TRANSFER** |
| FIELD DIRECTOR, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Respondents. | |

Petitioner has filed a petition for writ of habeas corpus to challenge his detention by immigration authorities without a bond hearing. Petitioner is detained in Kern County, which lies within the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d), although a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* N. D. Cal. Habeas L.R. 2254-3(b). The preferred venue for this action is the Eastern District of California because Petitioner is detained in that District. Pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: September 29, 2023

LAUREL BEELER
United States Magistrate Judge